RECEIVED

JAN 23 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEVONTE MITCHELL (#583988), Plaintiff | CIVIL ACTION NO. 1:16-CV-1351-P |
| VERSUS | JUDGE DRELL |
| SANDY MCCAIN, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Mitchell's Motion for Summary Judgment (Doc. 16) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of January, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT